UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIOBHAN MORROW and ASHLEY GENNOCK, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ASCENA RETAIL GROUP, INC., a Delaware corporation, and ANN INC., a Delaware corporation,<br><br>    Defendants. | Civil Action No. 16-cv-3340 (JPO)(SN) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Siobhan Morrow and Ashley Gennock (collectively "Plaintiffs"), through their undersigned counsel, file their Notice of Voluntary Dismissal and hereby dismiss all claims against Defendant Ascena Retail Group, Inc. without prejudice. All claims against Defendant Ann Inc. remain the same.

Dated: July 15, 2016

                                                   Joseph P. Guglielmo
                                                 Erin Green Comite
                                                 SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
                                                 The Chrysler Building
                                                 405 Lexington Avenue, 40th Floor
                                                 New York, NY 10174
                                                 Telephone: 212-223-6444
                                                 Facsimile: 212-223-6334
                                                 jguglielmo@scott-scott.com
                                                 ecomite@scott-scott.com

                                                 **CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
                                                 Todd D. Carpenter
                                                 402 West Broadway, 29th Floor
                                                 San Diego, California 92101
                                                 Telephone: (619) 347-3517

2

Facsimile: (619) 756-6990
tcarpenter@carlsonlynch.com
**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
Edwin J. Kilpela
Gary F. Lynch
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
ekilpela@carlsonlynch.com
glynch@carlsonlynch.com

*Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED:**

Dated: July 19, 2016

_____
J. PAUL OETKEN
United States District Judge

2