# EXHIBIT F











