## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIOBHAN MORROW and ASHLEY GENNOCK, on behalf of themselves and all others similarly situated,<br><br>                          Plaintiffs,<br><br>     v.<br><br>ANN INC., a Delaware corporation,<br><br>                          Defendant. | Civil Action No. 16-cv-3340(JPO)(SN)<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF A NATIONWIDE SETTLEMENT CLASS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 19, 2018 at 3:00 p.m. before the Honorable J. Paul Oetken, United States District Judge for the Southern District of New York, 40 Foley Square, New York, New York 10007, Plaintiffs Siobhan Morrow and Ashley Gennock, by and through Class Counsel, will move and hereby does move for an order (1) finally approving the Class Settlement Agreement, and (2) certifying the nationwide class.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiffs will rely on the accompanying memorandum of law in support, the Declaration of Lana Lucchesi and the previously filed Joint Declaration of Joseph P. Guglielmo and Gary F. Lynch.  *See* ECF 61.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests oral argument.

DATED:  February 5, 2018

        */s/ Gary F. Lynch*
        Gary F. Lynch
        **CARLSON LYNCH SWEET**
        **KILPELA & CARPENTER, LLP**
        Edwin J. Kilpela
        1133 Penn Avenue, 5th Floor
        Pittsburgh, PA 15222
        Telephone: (412) 322-9243
        Facsimile: (412) 231-0246
        ekilpela@carlsonlynch.com
        glynch@carlsonlynch.com


        **CARLSON LYNCH SWEET**
        **KILPELA & CARPENTER, LLP**
        Todd D. Carpenter
        402 West Broadway, 29th Floor
        San Diego, CA 92101
        Telephone: (619) 756-6994
        Facsimile: (619) 756-6991
        tcarpenter@carlsonlynch.com


        **SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
        Joseph P. Guglielmo
        The Helmsley Building
        230 Park Avenue, 17th Floor
        New York, NY 10169
        Telephone:  212-223-6444
        Facsimile:   212-223-6334
        jguglielmo@scott-scott.com

         - and -

        **SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
        Erin Green Comite
        156 South Main Street
        P.O. Box 192
        Colchester, CT 06415
        Telephone:  860-537-5537
        Facsimile:   860-537-4432
        ecomite@scott-scott.com

        *Counsel for Plaintiffs*