## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIOBHAN MORROW and ASHLEY GENNOCK, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br> v.<br><br>ANN INC., a Delaware corporation,<br><br>       Defendant. | Civil Action No. 16-cv-3340(JPO)(SN)<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR APPROVAL OF THE PAYMENT OF THE AGREED-UPON ATTORNEYS' FEES, COSTS AND EXPENSES, AND THE AGREED-UPON INCENTIVE AWARD TO THE CLASS REPRESENTATIVE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that on April 19, 2018 at 3:00 p.m. before the Honorable J. Paul Oetken, United States District Judge for the Southern District of New York, 40 Foley Square, New York, New York 10007, Plaintiffs Siobhan Morrow and Ashley Gennock, by and through Class Counsel, will move and hereby does move for an order approving the payment of the agreed-upon attorneys' fees, costs, and expenses, and incentive award to the Class Representative, in accordance with the Class Settlement Agreement.

  **PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiffs will rely on the accompanying memorandum of law in support, the Declaration of Lana Lucchesi, the Declaration of Todd D. Carpenter, the Declaration of Daryl F. Scottand the previously filed Joint Declaration of Joseph P. Guglielmo and Gary F. Lynch.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests oral argument.

DATED:  February 5, 2018

Respectfully submitted,

*/s/ Gary F. Lynch*
Gary F. Lynch
**CARLSON LYNCH SWEET**
**KILPELA & CARPENTER, LLP**
Edwin J. Kilpela
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
ekilpela@carlsonlynch.com
glynch@carlsonlynch.com

**CARLSON LYNCH SWEET**
**KILPELA & CARPENTER, LLP**
Todd D. Carpenter
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 756-6994
Facsimile: (619) 756-6991
tcarpenter@carlsonlynch.com

**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
Joseph P. Guglielmo
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone:  212-223-6444
Facsimile:   212-223-6334
jguglielmo@scott-scott.com

- and -

**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
Erin Green Comite
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile: 860-537-4432
ecomite@scott-scott.com

*Counsel for Plaintiffs*