February 3, 2018

Objection to Morrow v. ANN Inc., No. 1:16-cv-3340-JPO

To whom it may concern:

I received a notice about class action suit (Morrow v. ANN Inc., No. 1:16-cv-3340-JPO). I would like to notify you that I object to this suit. All outlet stores mark things high and then show a discount to make you think you're getting a great deal. Anyone who shops at outlet stores knows that there are not really any great deals to be found. Or they should be smart enough to figure that out. Since Siobhan Morrow and Ashley Gennock, are not smart enough to know that, someone should tell them. So I'm telling them.

That they should be allowed to file this frivolous lawsuit is a symbol of what is wrong with our legal system and our culture. Everyone thinks they should get something for nothing. Without lawsuits like this and the high prices for liability insurance that has to be paid, things everywhere would be cheaper.

The cost of this class action suit is ridiculous and will end up costing American citizens besides ANN. Do the plaintiffs really think that by suing ANN,they will bring the cost of things down at their retail and outlet stores? How stupid do you have to be if that is your assumption. All this so you can get $5 to $12?

Certain people in this country, encouraged by lawyers who will take any case if they think they can make money, have ruined our society. Judges who allow these suits to continue through our legal system are also culpable. I have been notified for no fewer than 6 class action lawsuits for which I am elegible. This one is right at the top of ridiculous along with the one against Skecher alleging that their Toning shoes didn't rally tone your butt.

Lawyers and Judges should STOP these frivolous lawsuits before they leave the courtroom for the first time!! I will NOT be filing a claim for this lawsuit and the Judges involved should throw it out.

Respectfully

Paula Leach, 152 Itawa Trl, Vonore,TN, 37885. peleach@tds.net



Ms. Paula Leach
152 Itawa Trl.
Vonore, TN 37885-2660

KNOXVILLE TN 377
05 FEB 2018 PM 3 L

Pro Se
Meg

Thurgood Marshall U.S. Courthouse
Marrow v. Ann
Courtroom 706
Foley Square, NY, NY 10007

RECEIVED
FEB 14 2018
CLERK'S OFFICE
S.D.N.Y.

2018 FEB 15 AM 9:52