**EXHIBIT 10**

| | |
|---|---|
| **From:** | George Cochran <lawchrist@gmail.com> |
| **Sent:** | Tuesday, January 13, 2015 11:32 AM |
| **To:** | Joseph P. Guglielmo |
| **Cc:** | Amanda Lawrence; Andrea Farah; barb cochran |
| **Subject:** | Re: Aguiar v. Merisant - 408 Communication |

SUBJECT TO EVIDENCE RULE 408

It was good speaking with you yesterday. As I said, I don't represent Barbara in her objection but she asked for my advice in responding to your subpoena. To that end, she did authorize me to resolve the matter. In reviewing your proposed stipulation and corresponding withdrawal of objection, I see the need for the following changes:

STIPULATION

Page 2, line 20: change "undersigned counsel" to "undersigned counsel, Plaintiff, and Ms. Cochran"

Page 3, line 8: change "lawchrist@gmail.com" to "barb380@hotmail.com"

WITHDRAWAL OF OBJECTION

Page 2, lines 1-2: delete "by and through counsel"

Page 2, line 8: leave date blank

Page 3, line 3: leave date blank

After you email the revised documents, Barbara will forward the executed stipulation to your attention. Once you return the fully executed stipulation, she will mail her withdrawal of objection to the listed recipients. In the meantime, let me know if you have any questions.

*George W. Cochran, Esq.*
1385 Russell Drive

Streetsboro, Ohio 44241
Tel:   330.607.2187
Fax:   330.230.6136


NOTICE:  This message is intended only for the addressee and may contain information that is privileged, confidential and/or work product.  If you are not the intended recipient, do not read, copy, retain or disseminate this message or any attachment.  If you have received this message in error, please call the sender immediately and delete all copies of the message and any attachments.  Neither the transmission of this message or the attachment, nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

On Tue, Jan 13, 2015 at 7:24 AM, Joseph P. Guglielmo <jguglielmo@scott-scott.com> wrote:

George, per my discussion with you yesterday where you represented that your sister Barbara would like to withdraw her objection in exchange for plaintiffs' counsel withdrawing their notice of deposition, I have attached two documents for her review.  One is the agreement between plaintiffs and Barbara Cochran whereby she agrees to file and serve a Notice of Withdrawal (attached as the second document - Exhibit A).  The withdrawal of the notice of deposition is timed so that it will become effective once Barbara's objection is filed and docketed with the Court.  If you or she have any questions, please call me.  Otherwise, please execute the attached documents and return a copy to my attention and once I countersign the Agreement, Barbara can file the Notice of Withdrawal with the Court and serve the appropriate parties on the certificate of service.  Thank you.



Joseph P. Guglielmo, Attorney
SCOTT+SCOTT, Attorneys at Law, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Phone 212.223.4478
www.scott-scott.com

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify Scott+Scott LLP immediately by telephone at 212.223.4478 or e-mail at jguglielmo@scott-scott.com and immediately delete this message and all its attachments.