UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIOBHAN MORROW and ASHLEY GENNOCK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANN INC., a Delaware corporation,<br><br>Defendant. | Civil Action No. 16-cv-3340(JPO)(SN) |

**PLAINTIFFS' MOTION FOR CORRECTION AND
RECONSIDERATION OF THE FINAL APPROVAL ORDER**

TO:   THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Siobhan Morrow and Ashley Gennock ("Plaintiffs") will, and hereby do, move the Court, before Honorable J. Paul Oetken, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be set by the Court, for an Order Correcting and Reconsidering the Final Approval Order.

The Motion for Correction is brought pursuant to Rule 60(a) of the Federal Rules of Civil Procedure and seeks an Order correcting the Final Approval Order to state that the Court considered and overruled each of the objections.

The Motion for Reconsideration is brought pursuant to Fed. R. Civ. P. 60(b)(1) & (6) and Local Civil Rule 6.3 and seeks an Order approving payment of the agreed-upon attorneys' fees and expenses in accordance with the Settlement Agreement.

The Motion for Correction and Reconsideration of the Final Approval Order is based upon the Memorandum of Law submitted herewith.  The Motion for Correction is additionally

based upon the Declaration of Joseph P. Guglielmo, with the exhibits annexed thereto, submitted herewith.

DATED: May 9, 2018

Respectfully submitted,
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

 */s/ Joseph P. Guglielmo*
Joseph P. Guglielmo
Carey Alexander
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile: 860-537-4432
ecomite@scott-scott.com

Gary F. Lynch
Edwin J. Kilpela
**CARLSON LYNCH SWEET**
**KILPELA & CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
ekilpela@carlsonlynch.com
glynch@carlsonlynch.com

- and -

Todd D. Carpenter
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: 619-756-6994
Facsimile: 619-756-6991
tcarpenter@carlsonlynch.com

*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

>  /s/ Joseph P. Guglielmo
> Joseph P. Guglielmo