UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIOBHAN MORROW and ASHLEY GENNOCK, on behalf of themselves and all others similarly situated,
Plaintiffs,

v.

ANN INC., a Delaware corporation,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 21 2018

Docket No 16-cv-3340-JPO

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☒ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

☒ OBJECTOR
☐ Plaintiff
☐ Defendant

Pamela Sweeney,
Pro Se Objector

**Name (Last, First, MI)**

**Address** | **City** | **State** | **Zip Code**

pam.sweeney1@gmail.com

**Telephone Number** | **e-mail address**

*Pam Sweeney*
**Date** | **Signature** PRO SE
PAMELA SWEENEY, PRO SE

S Wiggins
2672 Mutchler Rd
Madison, WI 53711

MILWAUKEE WI 530
14 MAY 2018 PM 2 L

Appeals
SM

Clerk of Court
USDC- Southern New York
Potter Stewart Courthouse
500 Pearl Street
New York 

1000073131E

CLERK'S OFFICE
S.D.N.Y.

2018 MAY 21 P.M 3:56