# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

SIOBHAN MORROW and ASHLEY
GENNOCK, on behalf of themselves
and all others similarly situated,

Case No. 16-cv-3340-JPO

Plaintiffs,

v.

ANN INC., a Delaware corporation,

Defendant.

## NOTICE OF APPEAL

**Pamela Sweeney, Pro Se**
2672 Mutchler Road
Madison, WI 54711
Phone: (424)-488-4383
Email:pam.sweeney1@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 2 1 2018

Notice is hereby given that Pamela Sweeney, Pro Se ("Objector/Appellant") appeals to the United States Court of Appeals for the Second Circuit from that certain Final Judgment entered in this action On April 25, 2018.

Objector/Appellant also hereby appeals from any order or judgment approving the Class Settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Objector/Appellant or the objection filed by this Objector/Appellant entered or signed subsequent to this Notice of Appeal, including any order striking the Objector/Appellant's objection.

Dated: May 7, 2018

Respectfully Submitted,

Pamela Sweeney, Pro Se
2672 Mutchler Road
Madison, WI 53711
Phone: (424)-488-4383
pam.sweeney1@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2018 I caused to be filed this Notice of Appeal by having it mailed via U.S. First Class Mail to the Clerk of Courts of the United States District Court for the Southern District of New York the Clerk of Courts address included in the Legal Notice of Settlement in this action. The Clerk will file this Notice of Appeal in the CM/ECF system thus effectuating service of such filing on all CM/ECF registered attorneys in this case.

Pamela Sweeney, Pro Se

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIOBHAN MORROW and ASHLEY GENNOCK, on behalf of themselves and all others similarly situated,
Plaintiffs,

v.

ANN INC., a Delaware corporation,

Defendant.

Docket No 16-cv-3340-JPO

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☒ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

☒ OBJECTOR
☐ Plaintiff
☐ Defendant

Pamela Sweeney,
Pro Se Objector

Name (Last, First, MI)

Address | City | State | Zip Code

pam.sweeney1@gmail.com

Telephone Number | e-mail address

*Pam Sweeney*
Signature
PAMELA SWEENEY, PRO SE

Date

Swanson
2679 Mutchler Rd
Madison, WI 53711



MILWAUKEE WI 530
14 MAY 2015 PM 2 L

Appeals
SM

CLERK OF COURT
USDC. SOUTHERN NEW YORK
POTTER STEWART COURTHOUSE
500 PEARL STREET
NEW YORK

RECEIVED
2019 MAY 21 PM 3:56
CLERK'S OFFICE
S.D.N.Y.